IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:19-MJ-1096-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SUZAN MARIE MORAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's unopposed motion to continue the change of plea hearing set for March 27, 2020.[1] [DE-23]. For good cause shown, the motion is allowed, and this matter is continued to **Thursday, June 11, 2020 at 10:00 a.m.** in Wilmington, North Carolina. The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. It is therefore ordered further that the period of delay necessitated by this continuance is excluded from the speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this 25th day of March 2020.

Robert B. Jones, Jr.
United States Magistrate Judge

---

[1] Defendant's motion and amended motion for change of plea [DE-21, -22], which also seek to continue the change of plea hearing, are denied as moot.